UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CLAUDIO NOBERTO GUAMAN-
ALVARADO,

      Petitioner,

v.

JOSEPH E. FREDEN,

      Respondent.

25-CV-475-LJV
ORDER

---

The petitioner, Claudio Noberto Guaman-Alvarado, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. He claims that the federal government is attempting to remove him without the legal authority to do so and in violation of his due process rights. Docket Item 1. He seeks relief under 28 U.S.C. § 2241, Docket Item 1.

### ORDER

IT IS HEREBY ORDERED that the respondent shall file and serve an **answer** responding to the allegations in the petition **on or before June 11, 2025**; and it is further

ORDERED that **on or before June 11, 2025,** the respondent shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that **on or before June 11, 2025**, instead of the answer, the respondent may file a **motion to dismiss** the petition, accompanied by appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that the petitioner shall file a written reply **on or before June 13, 2025**; and it is further

ORDERED that pending this Court's consideration of the petition, the respondent **is hereby restrained** from removing the petitioner outside of the jurisdiction of the United States District Court for the Western District of New York or from the United States; and it is further

ORDERED that the Clerk of the Court shall serve a copy of the petition and its exhibits, together with a copy of this order, electronically via a notice of electronic filing to the United States Attorney's Office, Western District of New York, at USANYW-Immigration-Habeas@usdoj.gov.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENT.**

SO ORDERED.

Dated:  June 5, 2025
        Buffalo, New York

          */s/ Lawrence J. Vilardo*
          LAWRENCE J. VILARDO
          UNITED STATES DISTRICT JUDGE